IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TAMAREE JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-cv-2029-JWL |
| | ) |
| USD 232 DE SOTO KANSAS | ) |
| UNIFIED SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO AMEND PLEADINGS BY INTERLINEATION**

Upon motion by defendant, and for good cause shown, the Court hereby considers and GRANTS defendant's unopposed motion to amend the pleadings in this case by interlineation (ECF No. 15). The Clerk of the Court is hereby directed to correct defendant's name from "USD 232 De Soto Kansas Unified School District," to its correct name of "Unified School District 232, Johnson County, Kansas" in the docket caption. All prior pleadings are deemed so amended by interlineation, and the parties are directed to reflect the correct name of defendant in future pleadings.

IT IS SO ORDERED.

Dated March 27, 2019        s/ James P. O'Hara
                            Hon. James P. O'Hara
                            United States Magistrate Judge