IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TAMAREE JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-cv-2029-JWL |
| ) | |
| UNIFIED SCHOOL DISTRICT NO. 232, ) | |
| JOHNSON COUNTY, KANSAS, ) | |
| ) | |
| Defendant. ) | |

## AMENDED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND PLEADINGS BY INTERLINEATION

Upon motion by defendant, and for good cause shown, the Court hereby considers and GRANTS by this Amended Order defendant's unopposed motion to amend the pleadings in this case by interlineation (ECF No. 15). The original proposed Order submitted by defendant and entered as ECF No. 16 contained a clerical error and omitted the word "No." (as in "No. 232") from defendant's full and correct name, "Unified School District No. 232, Johnson County, Kansas."

The Clerk of the Court is therefore directed to correct defendant's name from plaintiff's original designation of "USD 232 De Soto Kansas Unified School District," to defendant's full and correct name, "Unified School District No. 232, Johnson County, Kansas" in the docket caption. All prior pleadings are deemed so amended by interlineation, and the parties are directed to reflect the correct name of defendant in future pleadings.

IT IS SO ORDERED.

Dated April 1, 2019
                                               s/ James P. O'Hara
                                               James P. O'Hara
                                               United States Magistrate Judge